**LITE DEPALMA GREENBERG & RIVAS, LLC**
Joseph J. DePalma, Esq.
Two Gateway Center, 12th Floor
Newark, New Jersey 07102
Phone: (973) 623-3000
Fax: (973) 623-0211

**NEWMAN, CREED & ASSOCIATES**
Bruce E. Newman, Esq.
Kevin E. Creed, Esq.
99 North Street, Rte. 6
P.O. Box 575
Bristol, CT 06011-0575
Phone: (860) 583-5200
Fax: (860) 582-0012

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| Todd Sokolwski, Individuallly and on Behalf of All Other Similarly Situated<br><br>Plaintiffs,<br><br>v.<br><br>MENU FOODS, INC., MENU FOODS, MENU FOODS INCOME FUND, and THE IAMS COMPANY<br><br>Defendants. | Civil Action No. _____<br><br><br>**CERTIFICATE OF**<br>**NON-ARBITRABILITY** |

I, Joseph J. DePalma, of full age, hereby certify that pursuant to L. Civ. R. 201.1 the within matter is not arbitrable, being that the Complaint seeks damages that are in an excess of $150,000 and injunctive relief.

Dated: April 9, 2007

_____
Joseph J. DePalma, Esq.

131858 v1