# United States District Court

_____DISTRICT OF NEW JERSEY_____

## SUMMONS IN A CIVIL ACTION

Todd Sokolwski, Individually and on
Behalf of All Other Similarly Situated

        Plaintiffs,

           v.    07CV 1709(NLH)

MENU FOODS, INC., MENU FOODS,
MENU FOODS INCOME FUND, and THE IAMS COMPANY

        Defendants.

TO: (Name Address of Defendant)

MENU FOODS INC.
9130 Griffith Morgan Lane
Pennsauken, NJ 08110-3211

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon

PLAINTIFF'S ATTORNEY (name and address)

    Joseph J. DePalma
    Lite DePalma Greenberg & Rivas, LLC
    Two Gateway Center, 12th Floor
    Newark, New Jersey 07102

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**WILLIAM T. WALSH**    4/18/07
CLERK    DATE

_[signature]_
BY DEPUTY CLERK

AO 440 (Rev. 1/90) Summons in a Civil Action

# United States District Court

DISTRICT OF NEW JERSEY

## SUMMONS IN A CIVIL ACTION

Todd Sokolowski, Individually and on
Behalf of All Other Similarly Situated

    Plaintiffs,

    v.

MENU FOODS, INC., MENU FOODS,
MENU FOODS INCOME FUND, and THE IAMS COMPANY

    Defendants.

07CV1709(NLH)

TO: (Name Address of Defendants)

MENU FOODS
9130 Griffith Morgan Lane
Pennsauken, NJ 08110-3211

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon

PLAINTIFF'S ATTORNEY (name and address)

    Joseph J. DePalma
    Lite DePalma Greenberg & Rivas, LLC
    Two Gateway Center, 12th Floor
    Newark, New Jersey 07102

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**WILLIAM T. WALSH**       4/18/07
CLERK      DATE

_[signature]_
BY DEPUTY CLERK

AO 440 (Rev. 1/90) Summons in a Civil Action

# United States District Court

DISTRICT OF NEW JERSEY

**SUMMONS IN A CIVIL ACTION**

Todd Sokolwski, Individually and on
Behalf of All Other Similarly Situated

Plaintiffs,

v.

07CV1709 (NLH)

MENU FOODS, INC., MENU FOODS,
MENU FOODS INCOME FUND, and THE IAMS COMPANY

Defendants.

TO: (Name Address of Defendant)

MENU FOODS INCOME FUND
8 Falconer Drive
Mississauga, ON L5N 1B1
Canada

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon

PLAINTIFF'S ATTORNEY (name and address)

Joseph J. DePalma
Lite DePalma Greenberg & Rivas, LLC
Two Gateway Center, 12th Floor
Newark, New Jersey 07102

an answer to the complaint which is herewith served upon you, within __20__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**WILLIAM T. WALSH**         4/18/07

CLERK                         DATE

_[signature]_
BY DEPUTY CLERK

AO 440 (Rev. 1/90) Summons in a Civil Action

# United States District Court

_____DISTRICT OF NEW JERSEY_____

**SUMMONS IN A CIVIL ACTION**

Todd Sokolwski, Individually and on
Behalf of All Other Similarly Situated

Plaintiffs,

v.

07CV 1709 (NLH)

MENU FOODS, INC., MENU FOODS,
MENU FOODS INCOME FUND, and THE IAMS COMPANY

Defendants.

TO: (Name Address of Defendant)

The IAMS Company
6571 State Route 503N
Lewisburg, OH 45338

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon

PLAINTIFF'S ATTORNEY (name and address)

Joseph J. DePalma

Lite DePalma Greenberg & Rivas, LLC

Two Gateway Center, 12th Floor

Newark, New Jersey 07102

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**WILLIAM T. WALSH**                       4/18/07

CLERK                                       DATE

_(signature)_

BY DEPUTY CLERK

AO 440 (Rev. 1/90) Summons in a Civil Action