**GIBBONS P.C.**
BY: Francis McGill Hadden (FH-4564)
Alan R. Gries (ARG-8151)
Lauren V. Amjed (LM-7853)
1700 Two Logan Square
18th & Arch Streets
Philadelphia, PA 19103-2769
215/665-0400
*Attorneys for Defendant, The Iams Company*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| TODD SOKOLWSKI, Individually and on Behalf of All Other Similarly Situated ) ) ) | |
| Plaintiff(s), ) | CIVIL ACTION NO. 07-1709 |
| v. ) | |
| ) | |
| MENU FOODS, INC., MENU FOODS, MENU FOODS INCOME FUND, and THE IAMS COMPANY ) ) ) ) | **ENTRY OF APPEARANCE** |
| Defendant(s). | |

TO THE CLERK:

Kindly enter our appearance as counsel for Defendant, The Iams Company.

GIBBONS P.C.

_____
Francis McGill Hadden (FH-4564)
Alan R. Gries (AG-8151)
Lauren V. Amjed (LA-7853)
1700 Two Logan Square
18th & Arch Streets
Philadelphia, PA 19103
(T) 215/446-6231 (Direct)
(F) 215/446-6314 (Direct)
*Attorneys for Defendant, The Iams Company*

Dated: April 30, 2007

#1189345 v1
999999-00209

## CERTIFICATE OF SERVICE

I, Francis McGill Hadden, hereby certify that a true and correct copy of the foregoing Entry of Appearance has been forwarded this 30th day of April, 2007 by United States first class mail to the below listed parties:

Joseph J. DePalma, Esquire
Lite DePalma Greenberg & Rivas, LLC
Two Gateway Center, 12th Floor
Newark, NJ 07102

Bruce E. Newman, Esquire
Kevin E. Creed, Esquire
Newman, Creed & Associates
99 North Street, Route 6
P. O. Box 575
Bristol, CT 06011-0575

*Attorneys for Plaintiff and the Class*

GIBBONS P.C.

_____
Francis McGill Hadden (FH-4564)
*Attorneys for Defendant, The Iams Company*