**LITE DEPALMA GREENBERG & RIVAS, LLC**
Joseph J. DePalma, Esq.
Katrina Blumenkrants, Esq.
Two Gateway Center, 12th Floor
Newark, New Jersey 07102
Telephone: (973) 623-3000
Facsimile: (973) 968-3845

**NEWMAN CREED & ASSOCIATES**
Bruce E. Newman, Esq.
Kevin E. Creed, Esq.
99 North Street, Rte. 6
P.O. Box 575
Bristol, CT 06011-0575
Telephone: (860) 583-5200
Facsimile: (860) 582-0012

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

*DOCUMENT ELECTRONICALLY FILED*

| | |
|---|---|
| Todd Sokolowski, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>MENU FOODS, INC., MENU FOODS, MENU FOODS INCOME FUND, and THE IAMS COMPANY<br><br>Defendants. | Civil Action No. 1:07-CV-01709 NLH-AMD<br><br>**NOTICE OF EMERGENCY MOTION** |

**PLEASE TAKE NOTICE** that at such time on such accelerated date as the Court shall

direct, Plaintiff will move on short notice before the Honorable Noel L. Hillman, U.S.D.J.,

United States District Court for the District of New Jersey, Mitchell H. Cohen Building & U.S.

147092 v1

Courthouse, Courtroom 3A, Fourth & Cooper Sts., Camden, New Jersey, 08101, for a protective order pursuant to Rule 23(d) of the Federal Rules of Civil Procedure to supervise or limit The Procter & Gamble Company's communications with class members.

In support of this motion, Plaintiff shall rely upon the Declaration of Joseph J. DePalma (with exhibits), a Memorandum of Law and the proposed Order submitted herewith.

Dated: June 18, 2007    **LITE DEPALMA GREENBERG & RIVAS, LLC**

By:    /s/ Joseph J. DePalma
Joseph J. DePalma, Esq.
Katrina Blumenkrants, Esq.
Two Gateway Center, 12th Floor
Newark, NJ 07102
Telephone: (973) 623-3000
Facsimile: (973) 968-3845

**NEWMAN CREED & ASSOCIATES**
Bruce E. Newman, Esq.
Kevin E. Creed, Esq.
99 North Street, Rte. 6
P.O. Box 575
Bristol, CT 06011-0575
Telephone: (860) 583-5200
Facsimile: (860) 582-0012

*Attorneys for Plaintiff*