**LITE DEPALMA GREENBERG & RIVAS, LLC**
Joseph J. DePalma, Esq.
Katrina Blumenkrants, Esq.
Two Gateway Center, 12th Floor
Newark, New Jersey 07102
Telephone: (973) 623-3000
Facsimile: (973) 968-3845

**NEWMAN, CREED & ASSOCIATES**
Bruce E. Newman, Esq.
Kevin E. Creed, Esq.
99 North Street, Rte. 6
P.O. Box 575
Bristol, CT 06011-0575
Telephone: (860) 583-5200
Facsimile: (860) 582-0012

*Attorneys for Plaintiff and the Class*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

*DOCUMENT ELECTRONICALLY FILED*

| | |
|---|---|
| Todd Sokolowski, Individually and on Behalf of All Others Similarly Situated, | Civil Action No. 1:07-CV-01709 NLH-AMD |
| Plaintiffs, | **CERTIFICATE OF SERVICE** |
| v. | |
| MENU FOODS, INC., MENU FOODS, MENU FOODS INCOME FUND, and THE IAMS COMPANY | |
| Defendants. | |

I, Amina B. Lee, of full age, hereby certify as follows:

1. I am employed by the firm of Lite DePalma Greenberg & Rivas, LLC as a legal secretary.

2. On June 18, 2007, the following documents were electronically filed and served via the Court's CM/ECF system upon all registered users and via regular mail to all non-registered users on the attached service list:

    A. Notice of Emergency Motion;
    B. Memorandum of Law in Support of Plaintiff's Emergency Motion Pursuant to Federal Rule 23(d) for a Protective Order to Supervise or Limit Procter & Gamble's Communications with Class Members;
    C. Declaration of Joseph J. DePalma, Esq.;
    D. Proposed Protective Order; and
    E. Certificate of Service.

3. I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are wilfully false, I am subject to punishment.

Date: June 18, 2007

_____
Amina Lee

## PLAINTIFFS' COUNSEL

WEXLER TORISEVA WALLACE LLP
Mark J. Tamblyn, Esq.
1610 Arden Way, Suite 290
Sacrameto, CA 95815
Phone: 916-568-1100
Facsimile: 916-568-7890

KERSHAW, CUTTER, & RATINOFF, LLP
Stuart C. Talley, Esq.
980 9th Street, 19th Floor
Sacramento, California 95814
Telephone: (916) 448-9800
Facsimile: (916)669-4499

LERACH COUGHLIN STOIA GELLER RUDMAN & ROBBINS, LLP
Paul J. Geller, Esq.
Stuart A. Davidson, Esq.
James L. Davidson, Esq.
120 E. Palmetto Park Road - Suite 500
Boca Raton, FL 33432-4809
Tel: 561-750-3000
Fax: 561-750-3364

MILBERG WEISS & BERSHAD, LLP
Jeff S. Westerman, Esq.
Sabrina S. Kim, Esq.
One California Plaza
300 South Grand Avenue, Suite 3900
Los Angeles, CA 90071
Tel: 213-617-1200
Fax: 213-617-1975

LEE & AMTZIS, P.L.
Eric Lee, Esq.
5550 Glades Road, Suite 401
Boca Raton, FL 33428
Tel: 561-981-9988
Fax: 561-981-9980

WITES & KAPETAN, P.A.
Marc A. Wites, Esq.
4400 North Federal Highway
Lighthouse Point, FL 33064

Tel: 954-570-8989
Fax: 954-354-0205

McCALLUM HOAGLUND COOK & IRBY, LLP
Charles A. McCallum, Esq.
R. Brent Irby, Esq.
2062 Columbiana Road
Vestavia hills, Alabama 35216
Tel: 205-824-7767
Fax: 205- 824-7768

NEWMAN, CREED & ASSOCIATES
Bruce E. Newman, Esq.
Kevin E. Creed, Esq.
99 North Street, St. 6
P.O. Box 575
Bristol, CT 06011-0575
Tel: 860-583-5200
Fax: 860-582-0012

ROBBINS UMEDA & FINK, LLP
Brian J. Robbins, Esq.
Steven J. Simerlein, Esq.
Rebecca A. Peterson, Esq.
610 West Ash Street, Suite 1800
San Diego, CA 92101
Tel: 619-525-3990
Fax: 619-525-3991

SHUMAN & BERENS, LLP
Kip B. Shuman, Esq.
Jeffrey A. Berens, Esq.
801 E. 17th Avenue
Denver, CO 80218
Tel: 303-861-3003
Fax: 303-830-6920

FINKELSTEIN THOMPSON LLP
Mila F. Bartos, Esq.
Rosalee B. Connell, Esq.
1050 30th Street, NW
Washington, DC 20007
Tel: 202-337-8000
Fax: 202-337-8090

BONNETT, FAIRBOURN, FRIEDMAN & BALINT, PC
Andrew S. Friedman, Esq.
2901 North Central Avenue
Suite 1000
Phoenix, AZ 85012