**LITE DePALMA GREENBERG & RIVAS, LLC**
Joseph J. DePalma
Katrina Blumenkrants
Two Gateway Center, 12th Floor
Newark, NJ  07102-5003
Telephone:  973-623-3000
Facsimile:  973-968-3845

*Attorneys for Plaintiff*

[Additional counsel appear on signature page.]

### UNITED STATES DISTRICT COURT
### DISTRICT OF NEW JERSEY

*DOCUMENT ELECTRONICALLY FILED*

| | |
|---|---|
| TODD SOKOLWSKI, Individually and On Behalf of All Others Similarly Situated,  )<br>)<br>Plaintiff,  )<br>v.  )<br>)<br>MENU FOODS INC., MENU FOODS,  )<br>MENU FOODS INCOME FUND, and THE  )<br>IAMS COMPANY,  )<br>)<br>Defendants.  )<br>) | Civil Action No. 1:2007cv01709<br><br>**NOTICE OF MOTION TO ADMIT BRUCE E. NEWMAN TO APPEAR AND PARTICIPATE** *PRO HAC VICE* |

PLEASE TAKE NOTICE that on July 6, 2007, or as soon thereafter as counsel may be heard, Plaintiff will move before the Honorable Noel L. Hillman, U.S.D.J., United States District Court for the District of New Jersey, Mitchell H. Cohen Building & U.S. Courthouse, Courtroom 3A, Fourth & Cooper Sts., Camden, New Jersey, 08101, for an order, pursuant to Local Civil Rule 101.1(c), admitting Bruce E Newman to appear and participate in this matter *pro hac vice*.

PLEASE TAKE FURTHER NOTICE that Plaintiff will rely upon the certifications of Joseph J. DePalma and Bruce E. Newman in support of this application.

147159 v1

- 1 -

PLEASE TAKE FURTHER NOTICE that oral argument is not requested unless the matter is contested.

PLEASE TAKE FURTHER NOTICE that a proposed form of order is submitted herewith.

DATED: June 19, 2007           **LITE DePALMA GREENBERG & RIVAS, LLC**

                                        By: /s/ Joseph J. DePalma
                                             Two Gateway Center, 12th Floor
                                             Newark, NJ 07102-5003
                                             Telephone: 973-623-3000
                                             Facsimile: 973-968-3845

                                        **NEWMAN CREED & ASSOCIATES**
                                        Bruce E. Newman, Esq.
                                        Kevin E. Creed, Esq.
                                        99 North Street, Rte. 6
                                        P.O. Box 575
                                        Bristol, CT 06011-0575

                                        Telephone: (860) 583-5200
                                        Facsimile: (860) 582-0012

                                        Attorneys for Plaintiff