**LITE DePALMA GREENBERG & RIVAS, LLC**
Joseph J. DePalma
Katrina Blumenkrants
Two Gateway Center, 12th Floor
Newark, NJ 07102-5003
Telephone: 973-623-3000
Facsimile: 973-968-3845

Attorneys for Plaintiff

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

*DOCUMENT ELECTRONICALLY FILED*

| | |
|---|---|
| TODD SOKOLWSKI, Individually and On Behalf of All Others Similarly Situated, )<br><br>Plaintiff, )<br>v. )<br><br>MENU FOODS INC., MENU FOODS, MENU FOODS INCOME FUND, and THE IAMS COMPANY, )<br><br>Defendants. ) | Civil Action No. 1:2007cv01709<br><br>**CERTIFICATION OF JOSEPH J. DePALMA IN SUPPORT OF MOTION TO ADMIT BRUCE E. NEWMAN TO APPEAR AND PARTICIPATE *PRO HAC VICE*** |

Joseph J. DePalma hereby certifies and says:

      1.      I am an attorney at law of the State of New Jersey, and a member of the law firm Lite

DePalma Greenberg & Rivas, LLC, located at Two Gateway Center, 12th Floor, Newark, New Jersey

07102, counsel for Plaintiff in this matter. As such, I have personal knowledge of the facts herein.

      2.      I have been asked by the law firm of Newman, Creed & Associates to participate with

them as co-counsel in connection with the above-captioned matter on behalf of Plaintiff.

      3.      I make this certification in support of an application to admit Bruce E. Newman *pro*

*hac vice* as attorney for Plaintiff before this Court.

      4.      Bruce E. Newman is a partner with the law firm of Newman, Creed & Associates,

located at 99 North Street, Rt. 6, P.O. Box 575, Bristol, CT 06011. Mr. Newman has advised me

Dockets.Justia.com

that he is a member in good standing of the State Bar of Connecticut and is admitted to practice in

the state courts of New York and California, and the following federal courts: Ninth Circuit Court of

Appeals, District of Connecticut, Eastern District of New York, Southern District of California and

Central District of California.  Mr. Newman has further advised me that he has never been disbarred

or suspended.

     5.     I understand and have informed Mr. Newman that, in the event that the court grants

this application, all notices, orders and pleadings shall be served upon me as liaison counsel, and I

shall promptly notify counsel of their receipt, and that only an attorney at law of this Court may file

papers, enter appearances for parties, sign stipulations, or sign and receive payments on judgments,

decrees or orders.

     6.     There is good cause for the *pro hac vice* admission of Mr. Newman as he is familiar

with the facts, issues and pleadings in this action and no delay in the conduct of the proceedings

would be occasioned by him acting as attorney for Plaintiff in this matter.

     7.     I was admitted to the bar of the State of New Jersey in 1982.  I am a member of the

Bars of the State of New Jersey; U.S. District Court, District of New Jersey; U.S. Court of Appeals,

Third Circuit and the United States Supreme Court.

     8.     I am not under suspension or disbarment of any court.

     9.     Accordingly, I respectfully request that this Court enter the proposed Order admitting

Bruce E. Newman to appear *pro hac vice* in this action.

     I certify that the foregoing statements made by me are true.  I am aware that if any of the

foregoing statements made by me are wilfully false, I am subject to punishment.

Dated:  June 19, 2007

/s/  Joseph J. DePalma
Joseph J. DePalma

147162 v1