**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| Todd Sokolwski, Individually and On Behalf of All Others Similarly Situated,<br>Plaintiff,<br>vs.<br><br>MENU FOODS, INC., MENU FOODS, MENU FOODS INCOME FUND, and THE IAMS COMPANY,<br>Defendants. | Civil Action No. 1:2007cv01709<br><br><br><br>JUNE 13, 2007 |

**CERTIFICATION OF BRUCE E NEWMAN, ESQUIRE,
IN SUPPORT OF THE MOTION FOR
PRO HAC VICE ADMISSION**

I, Bruce E. Newman, hereby certify as follows:

1. I am an attorney in the law firm of Newman, Creed & Associates, 99 North Street, Rt. 6, P.O. Box 575, Bristol, CT 06011, and I make this certification in support of my *pro hac vice* admission to this Court pursuant to Local Civil Rule 101.1.

2. I am a member in good standing of the State Bar of Connecticut.

3. I am also admitted to practice in New York State and California. I am also admitted to practice in the following Courts: Ninth Circuit Court of Appeals, District of Connecticut, Eastern District of New York, Southern District of California, Central District of California.

4. There are no disciplinary proceedings pending against me as a member of the Bar in any jurisdiction.

5. I have been requested to represent Plaintiffs in this matter.

6. This matter involves negligence and breach of warranty claims brought by Todd Sokolowski Plaintiff, against Menu Foods, Inc. and Menu Foods, Menu Foods Income Fund, and the Iams Company, defendants.

7. Given my experience in litigating such claims and my familiarity with the issues involved in this matter, my admission *pro hac vice* will serve the interests of the Plaintiff and will also facilitate the efficient litigation of this matter. The cause in which the attorney seeks admission involves a complex field of law in which the attorney is a specialist.

8. I have associated in this matter with a New Jersey attorney, Joseph J. DePalma, Esq., of Lite DePalma Greenberg & Rivas, LLC, Two Gateway Center, 12th Floor, Newark, NJ 07102 as required by Local Rule 4.

9. I further agree to:

   a. make payment to the New Jersey Lawyer's Fund for Client Protection as provided by New Jersey Court Rule 1:28-2(a), and pursuant to R.1:20-1(b) and the client's Security Fund of the Bar of New Jersey pursuant to R.1:20-2. I paid $186 to the NJ Lawyers' Fund on June 13, 2007.

   b. make payment of $150.00 to the Clerk of the United States District Court in accordance with L.Civ.R.101.1( )(3) as amended, within 20 days from the date of the executed Order;

   c. abide by New Jersey court rules;

   d. notify this Court immediately of any matter effecting my standing

At the Bar of any other court; and

e. have all pleadings, briefs, and other papers filed with the Court signed by an attorney of record authorized to practice in New Jersey.

I certify that the foregoing statements made by me are true.

Date: 6/13/07

Bruce E. Newman