**LITE DePALMA GREENBERG & RIVAS, LLC**
Joseph J. DePalma
Katrina Blumenkrants
Two Gateway Center, 12th Floor
Newark, NJ 07102-5003
Telephone: 973-623-3000
Facsimile: 973-968-3845

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

*DOCUMENT ELECTRONICALLY FILED*

| | |
|---|---|
| TODD SOKOLWSKI, Individually and On Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br> v. <br><br> MENU FOODS INC., MENU FOODS, MENU FOODS INCOME FUND, and THE IAMS COMPANY, <br><br> Defendants. | Civil Action No. 1:2007cv01709 <br><br> **CERTIFICATE OF SERVICE** |

Nicoletta D'Amato, of full age, hereby certifies as follows:

1. I am employed by the firm of Lite DePalma Greenberg & Rivas, LLC as a legal secretary.

2. On June 19 2007, the following documents were electronically filed and served via the Court's CM/ECF system upon all registered users:

   A. Notice of Motion to Admit Bruce E. Newman to Appear and Participate *Pro Hac Vice*;
   B. Statement as to Why No Brief is Necessary;
   C. Certification of Joseph J. DePalma;
   D. Certification of Bruce E. Newman;
   E. Proposed Order; and
   F. Certificate of Service.

147167 v1

- 1 -

- 2 -

    I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are wilfully false, I am subject to punishment.

*Nicoletta D'Amato* (signature)<br>
Nicoletta D'Amato

DATED: June 19, 2007