Carlos F. Ortiz, Esquire
DLA Piper US LLP
(A New Jersey Limited Liability Partnership)
379 Thornall Street, 8th Floor
P.O. Box 2940
Edison, New Jersey 08837-2226
(732) 590-1850

Gerard H. Hanson, Esquire
Hill Wallack LLP
Attorneys at Law
CN 5226
202 Carnegie Center
Princeton, NJ 08543-5226
(609) 924-0808
Attorneys for Defendants
Menu Foods, Inc., Menu Foods, and
Menu Foods Income Fund

**UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY**

| | |
|---|---|
| TODD SOKOLWSKI, Individually and on Behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>MENU FOODS, INC., MENU FOODS, MENU FOODS INCOME FUND, and THE IAMS COMPANY<br><br>Defendants | Civil Action No.: 07-cv- 01709 (NLH) (AMD)<br><br>**NOTICE OF APPEARANCE** |

**PLEASE TAKE NOTICE** that DLA Piper US LLP hereby enters its appearance as co-counsel of record in the above-referenced matter for Defendants Menu Foods, Inc., Menu Foods and Menu Foods Income Fund. All future pleadings and correspondence concerning the above-referenced defendants should be forwarded to Carlos F. Ortiz, Esq. of DLA Piper US LLP, 379

Thornall Street, 8th Floor, Edison, New Jersey 08837, and whose email is carlos.ortiz@dlapiper.com, as well as the undersigned attorneys.

*Gerard H Hanson*

Gerard H. Hanson, Esq.
**Hill Wallack LLP**
202 Carnegie Center
Princeton, New Jersey 08543
Telephone: (609) 924-0808
Fax: (609) 452-1888
ghh@hillwallack.com


Of Counsel (to seek admission *pro hac vice):*

Amy W. Schulman
(amy.schulman@dlapiper.com)
DLA Piper US LLP
1251 Avenue of the Americas
New York, New York 10020-1104
(212) 335-4500

Mary E. Gately
(mary.gately@dlapiper.com)
Matthew Lepore
(matthew.lepore@dlapiper.com)
**DLA PIPER US LLP**
1200 Nineteenth Street, NW
Washington, DC 20036-2412
(202) 861-3900

Attorneys for the Defendants,
Menu Foods, Inc., Menu Foods, and
Menu Foods Income Fund