Carlos F. Ortiz, Esquire
Steven F. Gooby, Esquire
DLA Piper US LLP
(A New Jersey Limited Liability Partnership)
379 Thornall Street, 8th Floor
P.O. Box 2940
Edison, New Jersey 08837-2226
(732) 590-1850

Gerard H. Hanson, Esquire
Hill Wallack LLP
Attorneys at Law
CN 5226
202 Carnegie Center
Princeton, NJ 08543-5226
(609) 924-0808
Attorneys for Defendants
Menu Foods, Inc., Menu Foods, and
Menu Foods Income Fund

**UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY**

| | |
|---|---|
| TODD SOKOLWSKI, Individually and on Behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>MENU FOODS, INC., MENU FOODS, MENU FOODS INCOME FUND, and THE IAMS COMPANY<br><br>Defendants | Civil Action No.: 07-cv- 01709 (NLH) (AMD)<br><br>NOTICE OF MOTION FOR ORDER ADMITTING AMY W. SCHULMAN, ESQ. AND MATTHEW LEPORE, ESQ. AS PRO HAC VICE COUNSEL |

PLEASE TAKE NOTICE that the undersigned attorneys for the moving party defendants Menu Foods, Inc., Menu Foods, and Menu Foods Income Fund - shall move before the Honorable Noel L. Hillman of the United States District Court for the District of New Jersey at

{F:\wdox\docs\014210\00001\01593409.DOC; 1}

Dockets.Justia.com

the Federal Courthouse in Camden, New Jersey on Friday, July 20, 2007 at 9 a.m. or as soon thereafter as counsel may be heard for an Order admitting Amy W. Schulman, Esquire and Matthew Lepore, Esquire of the law firm of DLA Piper US LLP on a proc hac vice basis for purposes of this litigation. This Motion is submitted in accordance with Local Rule 101.1(c).

In support of the pending application, the moving party shall rely upon the Affidavit of Gerard H. Hanson of the New Jersey Bar, as well as the Affidavits of Attorneys Schulman and Lepore.

Respectfully submitted,<br>
HILL WALLACK LLP<br><br>
BY: /s/ Gerard H Hanson<br>
Gerard H. Hanson<br>
ghh@hillwallack.com

{F:\wdox\docs\014210\00001\01593409.DOC; 1}