Carlos F. Ortiz, Esquire
Steven F. Gooby, Esquire
DLA Piper US LLP
(A New Jersey Limited Liability Partnership)
379 Thornall Street, 8th Floor
P.O. Box 2940
Edison, New Jersey 08837-2226
(732) 590-1850

Gerard H. Hanson, Esquire
Hill Wallack LLP
Attorneys at Law
CN 5226
202 Carnegie Center
Princeton, NJ 08543-5226
(609) 924-0808
Attorneys for Defendants
Menu Foods, Inc., Menu Foods, and
Menu Foods Income Fund

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| TODD SOKOLWSKI, Individually and on Behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>MENU FOODS, INC., MENU FOODS, MENU FOODS INCOME FUND, and THE IAMS COMPANY<br><br>Defendants | Civil Action No.: 07-cv- 01709 (NLH) (AMD)<br><br><br>AFFIDAVIT OF GERARD H. HANSON |

Gerard H. Hanson, being first duly sworn, deposes and says:

1.      I am an attorney at law of the State of New Jersey, a partner with the firm of Hill

Wallack, and serve as New Jersey counsel for the moving party defendants in this litigation.

{F:\wdox\docs\014210\00001\01593419.DOC; 1}

Dockets.Justia.com

2.    This Affidavit is submitted in support of the Motions seeking the pro hac vice admission of two attorneys from DLA Piper US LLP. This Motion is submitted pursuant to Local Civil Rule 101.1(c).

3.    In support of the pending Motion, I am providing this Court with the Affidavits of Amy W. Schulman, Esquire and Matthew Lepore, Esquire, which lawyers and law firm have substituted for Pretzel and Stouffer as National Counsel with respect to the moving party defendants, who have been sued in this action, as well as in multiple Class Action Complaints on a national basis arising out of allegations that the defendants sold contaminated pet food. The Judicial Panel on Multi-District Litigation has issued an Order transferring all cases to this court for case management. The Affidavits of the attorneys seeking pro hac vice admission are in accordance with Local Civil Rule 101.1(c).

4.    If this court grants the above-referenced Motion for pro hac vice admission, an admitted attorney from the State of New Jersey, from either DLA Piper's Edison, New Jersey office, or my office, will continue to serve as Local Counsel of record in this matter, will review and sign all pleadings, briefs and other papers filed with this court, will be responsible for the conduct of this action and for the conduct of the attorney admitted pro hac vice, and will otherwise comply with the terms and conditions of Local Civil Rule 101.1(c), including payment to this court of the $150 fee in accordance with the Local Civil Rules of this District, as well as payment to the New Jersey Lawyers Fund for Client Protection as provided by New Jersey Court Rule 1:28-2(a).

I hereby certify that the foregoing facts stated by me are true.  I am aware that if any of the foregoing facts stated by me are false, I am subject to punishment.

Gerard H. Hanson
ghh@hillwallack.com

Sworn to before me this
25th day of June, 2007

Notary Public

**KATHLEEN S. GRAYDON**
**A Notary Public of New Jersey**
**My Commission Expires 10/26/2008**