Carlos F. Ortiz, Esquire
Steven F. Gooby, Esquire
DLA Piper US LLP
(A New Jersey Limited Liability Partnership)
379 Thornall Street, 8th Floor
P.O. Box 2940
Edison, New Jersey 08837-2226
(732) 590-1850

Gerard H. Hanson, Esquire
Hill Wallack LLP
Attorneys at Law
CN 5226
202 Carnegie Center
Princeton, NJ 08543-5226
(609) 924-0808
Attorneys for Defendants
Menu Foods, Inc., Menu Foods, and
Menu Foods Income Fund

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| TODD SOKOLWSKI, Individually and on Behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>MENU FOODS, INC., MENU FOODS, MENU FOODS INCOME FUND, and THE IAMS COMPANY<br><br>Defendants | Civil Action No.: 07-cv- 01709 (NLH) (AMD)<br><br>AFFIDAVIT OF MATTHEW LEPORE |

Matthew Lepore, being first duly sworn, deposes and says:

{F:\wdox\docs\014210\00001\01593439.DOC; 1}

1. I am a partner at the Law Offices of DLA Piper US LLP. This Affidavit is submitted pursuant to Local Rule 101.1(c) in support of this application seeking pro hac vice admission for purposes of this lawsuit.

2. I am fully familiar with the facts and circumstances surrounding this litigation. In this regard, I am managing the litigation on behalf of the defendants in this matter, as well as in multiple Class Action Complaints that have been filed on a national basis against my clients, who have retained my law firm to serve as National Coordinating Counsel on their behalf. These lawsuits generally allege that the moving party defendants sold contaminated pet food.

3. Following my graduation from Mercer University Law School in 1995, I was admitted to the District of Columbia and California State Bars. I am in good standing at the Bars of each of these courts. I have never been subject any discipline by any court or governing body.

4. Pursuant to the Rules of this court, all pleadings submitted on behalf of the moving party defendants will be signed by an admitted attorney from DLA Piper's Edison, New Jersey office, or from Hill Wallack., as attorneys of record for the moving party defendants.

5. In light of the foregoing, I respectfully request on behalf of the moving party defendants that I be admitted pro hac vice for purposes of representing the moving party defendants in this matter in association with New Jersey counsel. I agree to be bound by the Rules governing practice in the New Jersey courts, including the disciplinary rules. I further acknowledge my obligation to pay $150 to the Clerk of the United States District Court with respect to my admission, as well as to also pay the appropriate fee to the New Jersey Lawyer's Fund for Client Protection per New Jersey Court Rule 1:28-2(a).

Matthew Lepore

Sworn to before me this
25th day of June, 2007

_____
Notary Public

Wendy Jo Scalley
Notary Public, District of Columbia
My Commission Expires 4-14-2010

{F:\wdox\docs\014210\00001\01593439.DOC; 1}