Carlos F. Ortiz, Esquire
Steven F. Gooby, Esquire
DLA Piper US LLP
(A New Jersey Limited Liability Partnership)
379 Thornall Street, 8th Floor
P.O. Box 2940
Edison, New Jersey 08837-2226
(732) 590-1850

Gerard H. Hanson, Esquire
Hill Wallack LLP
Attorneys at Law
CN 5226
202 Carnegie Center
Princeton, NJ 08543-5226
(609) 924-0808
Attorneys for Defendants
Menu Foods, Inc., Menu Foods, and
Menu Foods Income Fund

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| TODD SOKOLWSKI, Individually and on Behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>MENU FOODS, INC., MENU FOODS, MENU FOODS INCOME FUND, and THE IAMS COMPANY<br><br>Defendants | Civil Action No.: 07-cv- 01709 (NLH) (AMD)<br><br><br>CERTIFICATION OF SERVICE |

I hereby certify that on this date I caused a copy of defendants' Notice of Motion, Affidavit of Gerard H. Hanson, Affidavits of Amy W. Schulman, Esquire and Matthew Lepore,

Esquire and Orders (proposed) to be served via Electronic Court Filing upon counsel for the Plaintiffs:

Joseph J. DePalma jdepalma@ldgrlaw.com
Lite DePalma Greenberg & Rivas, LLC
Two Gateway Center, 12th Floor
Newark, NJ 07102

                                                Respectfully submitted,
                                                HILL WALLACK LLP

                                                BY: _____
                                                    Gerard H. Hanson
                                                    ghh@hillwallack.com