## CERTIFICATE OF SERVICE

I certify that on the 25th day of June, 2007, I electronically filed the foregoing Defendant The Iams Company's Memorandum in Opposition to Plaintiff's Emergency Motion for a Protective Order with the Clerk of Courts using the CM/ECF system, which will send notification of such filing to CM/ECF participants:

    Joseph J. DePalma
    LITE DEPALMA GREENBERG & RIVAS, LLC
    Two Gateway Center, 12th Floor
    Newark, NJ 07102-5003

    Counsel for Plaintiff
    Todd Sokolowski

    Gerard H. Hanson
    HILL WALLACK LLP
    Attorneys at Law
    CN 5226
    202 Carnegie Center
    Princeton, NJ 08543-5226

    Counsel for Defendants
    Menu Foods, Inc.
    Menu Foods
    Menu Foods Income Fund

and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:

    Bruce E. Newman
    Kevin E. Creed
    NEWMAN, CREED & ASSOCIATES
    99 North Street, Rte. 6
    P.O. Box 575
    Bristol, CT 06011-0575

    Counsel for Plaintiff
    Todd Sokolowski

                                      s/ Francis McGill Hadden
                                      Francis McGill Hadden

184885.1