**EXHIBIT D**

# FARUKI IRELAND & COX P.L.L.

ATTORNEYS AT LAW

500 Courthouse Plaza, S.W.   10 North Ludlow Street   Dayton, Ohio 45402   937-227-3700   Fax 937-227-3717

**D. Jeffrey Ireland**
(937) 227-3710
djireland@ficlaw.com

June 22, 2007

<u>*VIA FEDERAL EXPRESS*</u>

Bruce E. Newman, Esq.
Newman Creed & Associates
99 North Street, Rte. 6
P.O. Box 575
Bristol, CT 06011-0575

        Re:    Todd Sokolowski and Carol Chiappetta v. Menu Foods, Inc., et al.
               United States District, Court., District of New Jersey
               Case No. 1:07-CV-01709-NLH-AMD

Dear Mr. Newman:

       As you know, The Iams Company and The Procter & Gamble Company (collectively "Iams") have been reimbursing customers for certain expenses shown to be associated with the Menu Foods recall. Upon review of our records, it appears that your clients, Todd Sokolowski and Carol Chiappetta, contacted Iams' Customer Service Department to seek reimbursement for certain expenses. We wanted to inform you of the circumstances and content of the contact and any discussions.

       <u>Todd Sokolowski</u>: Mr. Sokolowski contacted Iams' Customer Service Department on March 26, 2007 to file a complaint. In late May, 2007 a REM representative returned his call, but his telephone had been disconnected. REM then prepared to send a letter to Mr. Sokolowski, but first compared his name to the list of named Plaintiffs. However, because Mr. Sokolowski's name had been misspelled on the caption of the complaint, his name did not match the name "Sokolwski" on the list of named Plaintiffs that we prepared. As a result, REM sent Mr. Sokolowski a letter on May 31, 2007. Neither Iams nor REM has spoken directly to Mr. Sokolowski, nor has either of them ever requested that Mr. Sokolowski sign any release or any other settlement documents. Since the letter was sent to him after the above-referenced lawsuit was filed, we wanted to explain the circumstances of the contact and forward you all documentation related to the communication.



TRUSTED        **Exhibit D**        ESULTS.

FARUKI IRELAND & COX P.L.L.

Bruce E. Newman, Esq.
June 22, 2007
Page 2


      <u>Carol Chiappetta</u>:  Ms. Chiappetta contacted Iams' Customer Service Department on May 11, 2007 to file a complaint because her dog died after consuming Iams Beef & Gravy.  On May 19, 2007, REM left a message for Ms. Chiappetta in response to her complaint.  A REM representative spoke with Ms. Chiappetta on May 23, 2007, gathered information and asked that she fax copies of the deceased dog's veterinary bills for reimbursement.  On June 1, 2007, REM called Ms. Chiappetta to follow-up on obtaining veterinarian invoices.  Prior to requesting the invoices, the REM representative asked whether she was represented by counsel.  Ms. Chiappetta stated that "she will join the class action."  REM understood this to mean that she was not represented because she had not yet joined a class action.  REM did not make any further inquires, but rather told Ms. Chiappetta that REM would call her back to determine whether she had decided to join a class action.  On June 4, 2007, REM followed-up with Ms. Chiappetta, at which time she stated that she had retained an attorney.  REM immediately ended the conversation and neither Iams nor REM has had any further contact with Ms. Chiappetta.  Still, we wanted to make you aware of the contact.

      Enclosed is all of the documentation we have concerning the communications referenced above.  If you would like to discuss this matter, then please do not hesitate to contact me.

                                  Very truly yours,

                                  D. Jeffrey Ireland

DJI/rew
Enclosures

cc:    Frank Hadden, Esq. (via Federal Express; w/encls.)