**EXHIBIT E**

*1*

```
 1                    UNITED STATES DISTRICT COURT
                     FOR THE DISTRICT OF NEW JERSEY
 2

 3    _____

      JARED WORKMAN, ET AL,
 4
             PLAINTIFFS,           CIVIL ACTION NUMBER:
 5
             -VS-                        07-1338
 6
      MENU FOODS,
 7
             DEFENDANT.
 8    _____
         MITCHELL H. COHEN UNITED STATES COURTHOUSE
 9       ONE JOHN F. GERRY PLAZA
         CAMDEN, NEW JERSEY 08101
10       MAY 23, 2007

11   B E F O R E:      THE HONORABLE NOEL L. HILLMAN
                      UNITED STATES DISTRICT JUDGE
12
     A P P E A R A N C E S:
13
     TRUJILLO RODRIGUEZ & RICHARDS, LLC
14   BY: LISA J. RODRIGUEZ, ESQUIRE

15   BERGER & MONTAGUE
     BY: RULLELL D. PAUL, ESQUIRE
16
     WEXLER TORISEVA WALLACE
17   BY: KENNETH A. WEXLER, ESQUIRE

18   THE FERRARA LAW FIRM
     BY: MICHAEL A. FERRARA, JR., ESQUIRE
19
     KAMBER & ASSOCIATES, LLC
20   BY: SCOTT A. KAMBER, ESQUIRE.
     ATTORNEYS FOR THE PLAINTIFFS
21
     HILL WALLACH
22   BY: GERALD H. HANSON, ESQUIRE

23   PRETZEL & STOUFFER
     BY:  EDWARD B. RUFF, ESQUIRE
24   ATTORNEYS FOR THE DEFENDANT
                                        LISA MARCUS, CSR,
CRR
```

**Exhibit E**

```
                    24          MR. RUFF:  CAN I RESPOND?
   03:36PM          25          THE COURT:  PLEASE.
```

*UNITED STATES DISTRICT COURT*

*CAMDEN, NEW JERSEY*

---

*19*

```
                     1          MR. RUFF:  NONE OF THESE THAT WERE JUST READ
WERE
                     2  AFTER THAT, EXCEPT THE JANKE AND I THINK MS. SEXTON.
SO THE
                     3  FIRST FOUR YOU READ APPEAR TO HAVE OCCURRED BEFORE
THEN.
                     4          THE COURT:  WELL, HERE'S MY PROBLEM WITH
THAT.  WHEN
   03:37PM           5  YOU -- TO YOUR CREDIT, DISCLOSED TO ME THAT THE
LETTER HAD
                     6  GONE OUT AND THE PHONE CALLS WERE STARTING.  BUT IT'S
ALSO
                     7  FAIR TO SAY -- YOU KNOW, I WENT BACK AND I READ THE
AFFIDAVIT
                     8  FROM THE HARNETT, IS IT, PERHAPS FROM THE COMPANY,
YOUR
                     9  OPPOSITION PAPERS WERE CLEAR THAT YOU HAD NOT
SOLICITED
   03:37PM          10  ANYBODY, YOU WERE NOT CONTACTING THEM PROACTIVELY.
IT'S CLEAR
                    11  TO ME AT THE TIME THAT AFFIDAVIT WAS PREPARED AND
SUBMITTED TO
                    12  THIS COURT, THAT MENU FOODS WAS CALCULATING AN
AGGRESSIVE
```

```
                    13   MARKETING CAMPAIGN AND CERTAINLY LED THIS COURT AND
ME AND THE

                    14   PLAINTIFFS INTO BELIEVING ON THE 18TH THAT THEY WERE
GOING TO

   03:38PM          15   AWAIT THAT MOTION, THE RESOLUTION OF THAT MOTION.
AND THEY

                    16   FILED AN AFFIDAVIT IN THIS COURT THAT MENTIONED NOT A
WIT

                    17   ABOUT WHAT THEY PLANNING TO DO AND VEHEMENTLY DENYING
THAT

                    18   THEY HAD DONE IT.  SO WHY AM I NOT MISLED BY THAT?
NOW, YOU

                    19   TOLD ME AT THAT HEARING, AND I'M ONE WHO LIKES TO
GIVE PEOPLE

   03:38PM          20   THE BENEFIT OF THE DOUBT, BUT IN LIGHT OF THESE
AFFIDAVITS AND

                    21   THE HARASSING NATURE OF THESE PHONE CALLS TO
REPRESENTED

                    22   PERSONS, IT SEEMS TO ME THAT MENU FOOD IS OUT TO DO
WHATEVER

                    23   MENU FOODS WANTS TO DO IN A WAY THAT COULD ADVERSELY
IMPACT

                    24   THE RIGHTS OF THESE PUTATIVE CLASS MEMBERS.

   03:38PM          25        SO WHAT I WANT TO KNOW IS WHAT THE CONTENT OF
THOSE
```

*UNITED STATES DISTRICT COURT*

*CAMDEN, NEW JERSEY*

---

*20*

```
                     1   TELEPHONE CALLS IS, WHY IS THERE NO MECHANISM TO STOP
THE
```

```
                    2   CALLS WHEN PEOPLE SAY I DON'T WANT TO BE SPOKEN TO, I
WANT TO

                    3   KNOW WHAT PROCEDURE IS IN PLACE TO DETERMINE -- WHAT
LAWYERS

                    4   ARE INVOLVED IN THIS ADVISING THEM AS TO THIS, WHERE
THOSE

   03:39PM          5   LAWYERS ARE ADMITTED, AND WHAT PROCEDURES HAVE BEEN
PUT IN

                    6   PLACE TO ENSURE THAT PEOPLE WHO ARE REPRESENTED BY
COUNSEL ARE

                    7   NOT CONTACTED.  SO WHAT OF THOSE THINGS CAN YOU TELL
ME?

                    8          MR. RUFF:  CAN I START BACK AT THE
BEGINNING, SIR?

                    9          THE COURT:  SURE.

   03:39PM         10          MR. RUFF:  BECAUSE YOU ASKED ME A LOT OF
QUESTIONS SO

                   11   I WAS JUST TRYING TO ADDRESS ALL OF YOUR HONOR'S
QUESTIONS.

                   12          NONE OF THE PEOPLE THAT WERE CONTACTED ARE
NAMED

                   13   PLAINTIFFS IN ANY PARTICULAR CASE, AND I WILL TAKE
THE

                   14   AFFIDAVITS ON FACE VALUE.  BUT NONE OF THE PEOPLE
THAT WOULD

   03:40PM         15   HAVE BEEN CONTACTED WOULD HAVE BEEN CONTACTED UNLESS
AN

                   16   INITIAL CONTACT WAS MADE, THE WAY I UNDERSTAND IT,
FROM THESE

                   17   INDIVIDUALS MAKING A CALL TO MENU FOODS AND, AS I
EXPLAINED ON

                   18   FRIDAY, THOSE CALLS WOULD BE THEN TURNED OVER TO
CRAWFORD.  SO

                   19   THAT'S HOW I UNDERSTAND THE PROCESS WAS, THAT THOSE
CALLS WERE

   03:40PM         20   PLACED --

                   21          THE COURT:  GO AHEAD.
```

```
                    22          MR. RUFF:  THOSE INITIAL CALLS WERE PLACED
BY THESE

                    23   INDIVIDUALS, THEN THE RETURN --

                    24          THE COURT:  I DIDN'T SAY A WORD.  KEEP
TALKING.  YOU

    03:40PM         25   KNOW WHAT THE RULES -- YOU KNOW WHAT THE ETHICAL RULE
SAYS.
```

*UNITED STATES DISTRICT COURT*

*CAMDEN, NEW JERSEY*

---

*21*

```
                    1           MR. RUFF:  THE RETURN CALL WAS MADE.

                    2           THE COURT:  THE RULE SAYS IT DOESN'T MATTER
WHO

                    3    INITIATES THE CALL.

                    4           MR. RUFF:  I DON'T KNOW ABOUT THESE -- WHEN
I SEE

    03:40PM         5    THESE AFFIDAVITS, THAT'S THE FIRST TIME I'M AWARE
THAT

                    6    SOMEBODY --

                    7           THE COURT:  WHAT YOU KNOW AND WHAT I KNOW IS
THAT AS

                    8    EARLY AS MAY 7TH, THE PEOPLE SITTING AT THE TABLE TO
YOUR LEFT

                    9    FILED A MOTION AND VERY CLEARLY SAID WE BELIEVE THAT
PEOPLE

    03:41PM         10   WHO ARE REPRESENTED BY COUNSEL ARE BEING CONTACTED.
SO YOUR

                    11   CLIENT KNEW AS OF MAY 7TH THIS IS A PROBLEM.  AND
IT'S A
```

```
                    19           THE COURT:  STOP THE EFFORT TO SETTLE THE
CASES.
  04:03PM           20           MR. RUFF:  STOP IT.  IF I CAN SAY, WE STOP -
- BECAUSE
                    21   I'M JUST SEEING THIS MUSHROOM IN THE HEARING ON THE
5TH INTO
                    22   ATTORNEY/CLIENT ISSUES.  IF I CAN SAY THERE WILL BE
NO FURTHER
                    23   COMMUNICATIONS, WHATEVER'S BEEN GLEANED WILL NOT BE
USED FOR
                    24   ANYTHING FURTHER.
  04:03PM           25           THE COURT:  HOLD ON THERE BECAUSE --
```

*UNITED STATES DISTRICT COURT*

*CAMDEN, NEW JERSEY*

---

33

```
                     1           MR. RUFF:  AND I CAN TELL YOU THAT WE ARE
NOT GOING
                     2   TO DO THIS AFTER TODAY, THAT CRAWFORD IS SHUT DOWN.
FRANKLY,
                     3   YOUR HONOR, I DON'T KNOW IF I'VE BEEN SOMEWHAT THE
SACRIFICIAL
                     4   LAMB SUCH THAT, YOU KNOW, THIS WAS WHERE THIS WAS
LEADING OR
  04:03PM            5   WHATEVER, BUT ALL I'M SUGGESTING IS THAT IF THIS CAN
BE -- IF
                     6   WE CAN WALK OUT OF HERE TODAY AND I WILL TELL THE
CLIENT THIS
                     7   HAS TO BE DONE, IT'S MY STRONG RECOMMENDATION, AND I
CAN
```

```
                           8    REPORT TO YOU AND ALL THE FINE PLAINTIFF'S COUNSELS
    HERE
                           9    TOMORROW THAT IT IS SHUT DOWN AND CRAWFORD IS NO
    LONGER
        04:04PM            10   OPERATING AND WE OBVIATE ALL OF THIS DISCUSSION, AS I
                           11   INDICATED BEFORE IS A FINE AND INTELLECTUAL
    DISCUSSION, I
                           12   WOULD BE PREPARED TO DO ALL OF THAT.
                           13              THE COURT:  WELL, IT'S AN INSTRUCTIVE
    SUGGESTION.   I
                           14   MADE IT CLEAR LAST TIME, AND I'LL MAKE IT CLEAR NOW,
    I WILL DO
        04:04PM            15   NOTHING TO INTERFERE WITH YOUR CLIENT'S RIGHT TO
    SETTLE CASES.
                           16   THE CASE LAW IS ABSOLUTELY CLEAR, YOU HAVE A RIGHT TO
                           17   COMMUNICATE WITH PEOPLE WHO ARE WILLING TO DO IT.
    BUT I HAVE
                           18   AN OBLIGATION TO PROTECT THE PUTATIVE CLASS AND TO
    PREVENT
                           19   ABUSIVE CONDUCT, AND I HAVE A RIGHT TO MANAGE AND
    POLICE THE
        04:05PM            20   CONDUCT OF LAWYERS WHO APPEAR BEFORE ME.  SO --
                           21              MR. RUFF:  I DON'T WANT TO --
                           22              THE COURT:  -- I NEED TO BALANCE THOSE TWO
    THINGS.
                           23   BUT I CAN TELL YOU I THINK IT WOULD BE A MUCH BETTER
    WORLD IF
                           24   WE ALL DID WHAT I THOUGHT WE WERE DOING WHEN I
    ENTERED THOSE
        04:05PM            25   STAYS, WHICH WAS TO STAND DOWN.
```

*UNITED STATES DISTRICT COURT*

*CAMDEN, NEW JERSEY*