# LITE DEPALMA
## GREENBERG & RIVAS, LLC
### ATTORNEYS AT LAW

TWO GATEWAY CENTER, 12TH FLOOR
NEWARK, NJ 07102

TEL: 973.623.3000
FAX: 973.623.0858
WWW.LDGRLAW.COM

June 26, 2007

**_ELECTRONICALLY FILED_**

Honorable Noel L. Hillman, U.S.D.J.
United States District Court
Mitchell H. Cohen Building & U.S. Courthouse
Courtroom 3A
Fourth & Cooper Sts.
Camden, New Jersey 08101

    Re:    **Todd Sokolowski v. Menu Foods, Inc., et als.**
             **Civil Action No. 07-cv-01709**

Dear Judge Hillman:

    We represent plaintiff in the above captioned matter. We submit this Certification of Teresa R. Izzarelli in further support of plaintiff's Emergency Motion Pursuant to Federal Rule 23(d) for a Protective Order to Supervise or Limit Procter & Gamble's Communications with Class Members, which matter will be heard before Your Honor on June 27, 2007 at 2:00 p.m.

                                                        Respectfully,

                                                         Joseph J. DePalma

JJD:abl
Encls.

147129 v1