# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| Todd Sokolowski, individually and on behalf of all others similarly situated, : <br> Plaintiff, : <br> vs. : <br> Menu Foods Limited, et al., : <br> Defendants. : | Civil Action No.: 07-cv-1709 |

## NOTICE OF ASSOCIATION OF COUNSEL

PLEASE TAKE NOTICE that Attorney Russell D. Paul of Berger & Montague, P.C., 1622 Locust Street, Philadelphia, Pennsylvania 19103, (215) 875-3000, associates himself as counsel in the above captioned action.

The issues in this case have bearing both on cases in which he has pending in this court[1] and also in cases that will be transferred to this court subject to the most recent transfer order from Multi-District Litigation Docket No. 1850.

Dated:  June 26, 2007          Respectfully Submitted,

                               LITE DEPALMA GREENBERG & RIVAS LLC

                               By:      /s Joseph J. DePalma
                                   Two Gateway Center, 12th Floor
                                   Newark, New Jersey 07102
                                   (973) 623-3000

---

[1] Jared Workman, et al. v. Menu Foods Limited, et al., Civil Action No.: 07-1338, Peggy Schneider v. Menu Foods Limited, et al., Civil Action No.: 07-1533, Chantelle Conti, et al. v. Menu Foods Limited, et al., Civil Action No.: 07-1638 and Lynne Carestio v. Menu Foods Limited, et al., Civil Action No.: 07-1762

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| Todd Sokolowski, individually and on behalf of all others similarly situated, | : <br> : Civil Action No.: 07-cv-1709 <br> : |
| Plaintiff, | : |
| vs. | : |
| Menu Foods Limited, et al., | : |
| Defendants. | : |

### CERTIFICATE OF SERVICE

I hereby certify that the foregoing Notice of Association of Counsel for Attorney

Russell D. Paul was served on this date via e-filing upon counsel listed below:

JOSEPH J. DEPALMA
LITE, DEPALMA, GREENBERG &
RIVAS, LLC
TWO GATEWAY CENTER
12TH FLOOR
NEWARK, NJ 07102-5003

GERARD H. HANSON
HILL WALLACK
202 CARNEGIE CENTER
PRINCETON, NJ 08543-5226

FRANCIS M. HADDEN
GIBBONS P.C.
1700 TWO LOGAN SQUARE
18TH & ARCH STREETS
PHILADELPHIA, PA 19103


Dated:  June 26, 2007        LITE, DEPALMA, GREENBERG & RIVAS LLC

                  By:       /s Joseph J. DePalma