UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
Minutes of Proceedings

Office: Camden

Proceeding Date: 6/27/07

**JUDGE NOEL L. HILLMAN**

Court Reporter: Frank Gable

<u>Title of Case:</u>    Docket # 07-1709(NLH)
TODD SOKOLWSKI
    v.
MENU FOODS, INC., et al

APPEARANCES:
Joseph DePalma, Esq., Kevin Creed, Esq. and Bruce Newman, Esq. for plaintiff
Francis Hadden, Esq., Brian Wright, Esq., D. Jeffrey Ireland, Esq. for defendant Iams Corporation.
Gerard H. Hanson, Esq. for Menu Foods.
Mark J. Tamblin, Esq. for plaintiff Wilson(v. Menu Foods).
Russell Paul, Esq. and Lisa Rodriguez, Esq. for plaintiff Workman (v. Menu Foods)
Amy Schulman, Esq. Matthew Lepore, Esq. and Mary Gately, Esq. of DLA Piper for defendants Menu Foods.
Michael Ferrara, Jr., Esq. and Scott Kamber, Esq. for plaintiff Bonier (v. Menu Foods)

NATURE OF PROCEEDINGS:
Hearing on plaintiff's motion to for an Order to Show Cause for a Protective Order

DISPOSITION:
Hearing on application by plaintiff for pro hac vice admission.
Ordered application granted appointing Bruce Newman, Esq. pro hac vice.
Order entered.
Hearing on application by defendant Iams for pro hac admission of D. Jeffrey Ireland, Esquire and Brian Wright, Esquire. Ordered applications granted. Orders entered.
Hearing on application by defendant Menu Foods for pro hac admission of Amy Schulman, Esquire and Matthew Lepore, Esquire.
Ordered applications granted.   Orders entered.
Counsel for defendants Iams and Menu Foods to send curative letter with full and complete communication to all plaintiffs;  suspend temporarily settlement component of reimbursement program; and not to communicate with represented plaintiffs.

Adjourned To:        Time Commenced 2: 00pm  Time Adjourned 4:20pm


s/Sara E. Asbell
**DEPUTY CLERK**