Case 1:07-cv-01709-NLH-AMD   Document 12-5   Filed 06/25/2007   Page 1 of 2

Carlos F. Ortiz, Esquire
Steven F. Gooby, Esquire
DLA Piper US LLP
(A New Jersey Limited Liability Partnership)
379 Thornall Street, 8th Floor
P.O. Box 2940
Edison, New Jersey 08837-2226
(732) 590-1850

Gerard H. Hanson, Esquire
Hill Wallack LLP
Attorneys at Law
CN 5226
202 Carnegie Center
Princeton, NJ 08543-5226
(609) 924-0808
Attorneys for Defendants
Menu Foods, Inc., Menu Foods, and
Menu Foods Income Fund

### UNITED STATES DISTRICT COURT
### DISTRICT OF NEW JERSEY

| | |
|---|---|
| TODD SOKOLWSKI, Individually and on Behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>MENU FOODS, INC., MENU FOODS, MENU FOODS INCOME FUND, and THE IAMS COMPANY<br><br>Defendants | Civil Action No.: 07-cv- 01709 (NLH) (AMD)<br><br>PRO HAC VICE ORDER |

THIS MATTER being opened to the court by Gerard H. Hanson, Esq. on behalf of Hill Wallack, as attorneys for the moving party defendants; and the interests of the plaintiff being represented by Joseph DePalma, Esquire on behalf of Lite DePalma Greenberg & Rivas, LLC;

{F:\wdox\docs\014210\00001\01593444.DOC; 1}

and the court having considered the application submitted to the court, and for good cause being shown:

IT IS on this 27th day of July 2007 hereby Ordered that Amy W. Schulman is admitted to practice pro hac vice before this court for all purposes and in all proceedings connected with this litigation; and

IT IS FURTHER ORDERED that Amy W. Schulman shall satisfy the requirements of the New Jersey Fund for Client Protection as provided in New Jersey Court Rule 1:28-2(a); as well as also making payment to the Clerk of the Court in the amount of $150 per Local Rule 101.1(c)(3).

IT IS FURTHER ORDERED that a copy of this Order shall be forwarded to the Treasurer of the New Jersey Fund for Client Protection; and

IT IS FURTHER ORDERED that all pleadings, briefs and other papers filed with this court shall be signed by an attorney at law of the State of New Jersey, from either DLA Piper's New Jersey office, or from Hill Wallack's New Jersey office, who shall be responsible for them for the conduct of the cause and of Amy W. Schulman.

Noel L. Hillman, Judge
United States District Court