UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| TODD SOKOLOWSKI, Individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>MENU FOODS, INC., MENU FOODS, MENU FOODS INCOME FUND, and THE IAMS COMPANY.<br><br>Defendants. | CIVIL ACTION NO.: 1:07-CV-01709 NLH - AMD<br><br>(Honorable Noel L. Hillman, U.S.D.J.)<br><br>**ORDER FOR ADMISSION PRO HAC VICE OF BRIAN D. WRIGHT, ESQ.** |

**THIS MATTER** having been presented to the Court upon the application of Gibbons P.C., attorneys for defendant, The Iams Company, for the entry of an Order admitting Brian D. Wright, Esq., as counsel pro hac vice pursuant to Local Civil Rule 101.1(c) in the within matter, and for good cause shown;

IT IS on this 27th day of June, 2007,

**ORDERED** that Brian D. Wright, Esq. be and is hereby granted admission *pro hac vice* to speak for and participate on behalf of defendant, The Iams Company, in the defense of this matter in the same manner as attorneys authorized to practice law in this State; and

**IT IS FURTHER ORDERED** that Brian D. Wright, Esq. shall abide by the provisions of the New Jersey Court Rules including all disciplinary rules, and shall also specifically comply with the provisions of R. 1:21-2, R. 1:20-1(b) (payment annually to the Oversight Committee), and R. 1:28-2 (payment annually to the New Jersey Lawyers' Fund for Client Protection), during the time of their *pro hac vice* admission; and

#1204674 v1
106344-59701

**IT IS FURTHER ORDERED** that Brian D. Wright, Esq. shall make a $150.00 payment to the Clerk of the Court of the District of New Jersey in accordance with Local Rule 101(c)(3); and

**IT IS FURTHER ORDERED** that Brian D. Wright, Esq., shall notify the Court immediately of any matter affecting their standing as members of the bar of any other Court; and

**IT IS FURTHER ORDERED** that all pleadings, briefs and any other papers filed with the Court in this matter be signed by an attorney of record authorized to practice in this State, who will be held responsible for said counsel in the conduct of this cause and of the attorneys admitted by the terms of this Order.

_____
Honorable Noel L. Hillman, U.S.D.J.

#1204674 v1
106344-59701