UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
Minutes of Proceedings

Office: Camden

Proceeding Date: 7/6/07

**JUDGE NOEL L. HILLMAN**

Court Reporter: Stephen Daner

<u>Title of Case</u>:  Docket # 07-1709(NLH)
TODD SOKOLWSKI
   v.
MENU FOODS, INC., et al

<u>APPEARANCES</u>:
Kevin Creed, Esq. for plaintiff Sokolwski
Francis Hadden, Esq., Brian Wright, Esq., D. Jeffrey Ireland, Esq. for defendant Iams Corporation.
Mark J. Tamblin, Esq. for plaintiff Wilson(v. Menu Foods).
Russell Paul, Esq. and Lisa Rodriguez, Esq. for plaintiff Workman (v. Menu Foods)
Scott Kamber, Esq. for plaintiff Bonier (v. Menu Foods)

<u>NATURE OF PROCEEDINGS</u>:
Telephone Conference call.

<u>DISPOSITION</u>:
Telephone Status Conference call held on the record regarding curative letter received by the Court.
Copy of letter to be circulated to all counsel representing plaintiffs.
Ordered letter; proposed submission and transcript to be filed.

Adjourned To:  Time Commenced 1:00pm  Time Adjourned 2:00pm

s/Sara E. Asbell
**DEPUTY CLERK**