```
                                                                1
                                                     RECEIVED
                UNITED STATES DISTRICT COURT WILLIAM T. WALSH, CLERK
                FOR THE DISTRICT OF NEW JERSEY
                                                 2007 JUL -9  A 10: 34

   TODD SOKOLOWSKI,                          UNITED STATES
                                             DISTRICT COURT
        PLAINTIFF,                 CIVIL ACTION NUMBER:

        -VS-                            07-1709 (NLH)

   IAMS COMPANY, ET AL,

        DEFENDANTS


                TELEPHONE CONFERENCE CALL


   FRIDAY, JULY 6, 2007


   MITCHELL H. COHEN UNITED STATES COURTHOUSE
   1 JOHN F. GERRY PLAZA,
   CAMDEN, NEW JERSEY, 08101

   B E F O R E:
   THE HONORABLE NOEL L. HILLMAN, UNITED STATES
   DISTRICT COURT JUDGE, DISTRICT OF NEW JERSEY,
   SITTING AT CAMDEN, NEW JERSEY.


   A P P E A R A N C E S:

   NEWMAN, CREED & ASSOCIATES
   BY:  KEVIN E. CREED, ESQUIRE
   ATTORNEY FOR PLAINTIFF, TODD SKOLOWSKI

   WEXLER, TORISEVA, WALLACE, L.L.P.,
   BY:  MARK J. TAMBLYN, ESQUIRE
   ATTORNEY FOR PLAINTIFF MENU FOODS


   TRUJILLO, RODRIGUEZ & RICHARDS, L.L.P.,
   BY:  LISA J. RODRIGUEZ, ESQUIRE,
   ATTORNEY FOR PLAINTIFF MENU FOODS
```