```
                                                                    1

1                       UNITED STATES DISTRICT COURT
                          DISTRICT OF NEW JERSEY
2

3

4   TODD SOKOLOWSKI,
              PLAINTIFF
5
         Vs.                                   CIVIL NO.
6                                              07-1709 (NLH)
    MENU FOODS, et al,
7             DEFENDANTS

8

9
                                  JUNE 27, 2007
10                                MITCHELL COHEN COURTHOUSE
                                  JOHN F. GERRY PLAZA
11                                CAMDEN, NEW JERSEY  08101

12

13  B E F O R E:    THE HONORABLE NOEL L. HILLMAN
                    U.S. DISTRICT COURT JUDGE
14                  DISTRICT OF NEW JERSEY

15

16

17

18
    HEARING ON PLAINTIFF'S ORDER TO SHOW CAUSE
19

20

21

22                       FRANCIS J. GABLE, C.S.R., R.M.R.
                         OFFICIAL U.S. REPORTER
23                       (856) 757-5088

24

25
```