**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

*DOCUMENT ELECTRONICALLY FILED*

| | |
|---|---|
| TODD SOKOLOWSKI, Individually and on behalf of All Others Similarly Situated, ) ) ) ) Plaintiff, ) ) v. ) ) MENU FOODS INC., MENU FOODS, MENU FOODS INCOME FUND and THE IAMS COMPANY ) ) ) | Civil Action No. 07-1709 (NLH) |

**REQUEST BY LOCAL COUNSEL FOR**
***PRO HAC VICE* ATTORNEY**
**TO RECEIVE ELECTRONIC NOTIFICATION**

Request is hereby made by local counsel for *pro hac vice* counsel to receive electronic notification in the within matter, and it is represented that:

1. An order of the Court granting a motion to appear *pro hac vice* in the within matter has been entered; and

2. If admission was granted after March 22, 2005, the Admission Fee, in the amount of $150, pursuant to L.Civ.R. 101.1(c)(3), has been paid to the Clerk of the Court.

/s/     Joseph J. DePalma
Joseph J. DePalma

PRO HAC VICE ATTORNEY INFORMATION:

Name:          Bruce E. Newman, Esq.

Address:       P.O. Box 575
               99 North Street, Route 6
               Bristol, CT 06011

E-Mail:         bnewman@newmancreedlaw.com